UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                        Petitioners,

          -against-

CAROLINA TRIM LLC,

                        Respondent.
------------------------------------------------------------X

17-cv-6485 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On February 26, 2020, this case was remanded to the arbitrator for reconsideration. (Doc. 41.) It is hereby:

      ORDERED that the parties submit a joint status update no later than September 30, 2020, updating the Court on the status of the arbitration.

      IT IS FURTHER ORDERED that the parties submit joint status updates every sixty (60) days thereafter.

SO ORDERED.

Dated: September 17, 2020
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge