UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND et al., :
: 17-cv-6485 (VSB)
Plaintiffs, :
: **ORDER**
-against- :
:
CAROLINA TRIM LLC, :
:
Defendant. :
:
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2021
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On September 17, 2020, I ordered the parties to submit joint status updates every sixty (60) days in light of the fact that the above-captioned case was remanded to the arbitrator for reconsideration.  (Doc. 42.)  The parties' last status update was filed on January 15, 2021, in which they noted that the assigned arbitrator had scheduled an arbitration hearing for February 4, 2021.  (Doc. 45.)  I have not received a subsequent joint status update from the parties, and therefore that status update is overdue.

      Accordingly, it is hereby:

      ORDERED that the parties shall submit a joint status update on or before April 5, 2021 indicating the status of proceedings before the arbitrator and any attempts to settle this matter.

SO ORDERED.

Dated: March 31, 2021
      New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge