UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL,
AND INDUSTRY FUND, ET AL.,
         Petitioners,

   -against-

CAROLINA TRIM LLC,
        Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021
```

17 **CIVIL** 6485 (DLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 22, 2021, the amended petition to confirm the arbitration award is granted. The Petitioners are awarded judgment in the amount of $133,221.80, the sum of the arbitration award, with interest accruing at a 5.25% annual rate from May 13, 2021, the date of the arbitration award, in the amount of $3,104.25. The Petitioners are also awarded post-judgment interest at the statutory rate. 28 U.S.C. § 1961. Finally, attorney's fees and costs for these confirmation proceedings in the amount of $39,178.40 are awarded to Petitioners; accordingly, the case is closed.

**Dated**: New York, New York
    October 22, 2021

                **RUBY J. KRAJICK**
                Clerk of Court
            BY: *K. Mango*
                Deputy Clerk